IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 7 2010

CLERK, U.S. DISTRICT COURT
By _____
Deputy

CARRIE L. WESTON, §
                     Plaintiff, §
v. §                                    No. 3:09-CV-2264-B (BH)
                     §
MICHAEL ASTRUE, Commissioner of §
the Social Security Administration, §
                     Defendant. §

## ORDER

After making an independent review of the pleadings, files and records in this case, and the

Findings, Conclusions, and Recommendation of the of the United States Magistrate Judge, I am of

the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct

and are adopted as the Findings and Conclusions of the Court.

It is therefore ORDERED that the Findings, Conclusions, and Recommendation of the United

States Magistrate Judge are adopted. Accordingly, *Plaintiff's Motion for Summary Judgment* (doc.

10), filed February 26, 2010, is GRANTED, and *Commissioner's Motion for Summary Judgment*

(doc. 11), filed March 26, 2010, is DENIED. The case is REVERSED and REMANDED to the

Administrative Law Judge for reconsideration.

SIGNED this 7ᵗʰ day of June _____, 2010.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE